## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANEELIA MARIE WEIST,<br>    Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| NANCY A. BERRYHILL, ACTING<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br>    Defendant. | : | No. 16-5032 |

**LEGROME D. DAVIS, J.**

AND NOW, this 25th day of May 2017, after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's request for review is GRANTED; and

3. The matter is remanded to the Commissioner for further review consistent with the Report and Recommendation.

BY THE COURT:

**/s/ Legrome D. Davis**

_____
LEGROME D. DAVIS, J.
UNITED STATES DISTRICT COURT